**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YIWU BAIMEI ELECTRONIC COMMERCE CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 24-cv-08279 <br><br> **Judge John F. Kness** <br><br> **Magistrate Judge M. David Weisman** |

**SATISFACTION OF JUDGMENT
AS TO A CERTAIN DEFENDANT**

WHEREAS, a judgment was entered in the above action on February 10, 2026, in favor of Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd. ("Plaintiff") and against each of the Defaulting Defendants Identified in Schedule A in the amount of fifty thousand dollars ($50,000) for willful copyright infringement. [Doc. 115]. Under 15 U.S.C. § 1117(c)(2), Plaintiff acknowledges payment of an agreed-upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to Defendant (No. 255) shanghai_girl_2 only.

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment as to Defendant (No. 255) shanghai_girl_2.

1

Respectfully Submitted this 8th of May, 2026,

*/s/ William J. Hausman*
Bar No. 6353083
Ford Banister LLC
305 Broadway – Floor 7
New York, NY 10007
Telephone: +1 (212) 500-3268
Email: whausman@fordbanister.com
*Counsel for Plaintiff*